UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MARK ELLIOT KEY ]
    Petitioner, ]
     ]
v. ] No. 2:12-0006
     ] Judge Trauger
UNITED STATES OF AMERICA ]
    Respondent. ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the instant § 2255 motion (Docket Entry No.1) lacks merit. Consequently, said motion is DENIED. This action, therefore, is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Should the petitioner file a timely Notice of Appeal from this order, such Notice shall be accompanied by a memorandum identifying specific issues for appellate review and addressing the question of why a certificate of appealability should issue. Slack v. McDaniel, 529 U.S. 473 (2000).

It is so ORDERED.

                                              Aleta A. Trauger
                                              United States District Judge